IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MONICA LOUISE FRANKLIN, | ) | |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | |
| PROFESSIONAL RESOURCE | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
|   Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 2:12cv168-MHT |
| | ) | (WO) |
| MONICA LOUISE FRANKLIN, | ) | |
| | ) | |
|   Appellee. | ) | |

### ORDER

The court finds that an interlocutory appeal from the bankruptcy court's decision will not materially advance the ultimate termination of this litigation. It is therefore the ORDER, JUDGMENT, and DECREE of the court that the motion for leave to appeal filed by appellant Professional Resource Management, Inc. (Doc. No. 2) is denied.

**This case is closed.**

**DONE, this the 6th day of March, 2012.**

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**